Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
RoseMarie Maliekel (State Bar No. 276036)
rmaliekel@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LEVINE and LIONEL FELIX, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> SONY PICTURES ENTERTAINMENT INC., <br><br> Defendant. | Case No. 2:14-cv-09687-RGK-SH <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Michael Levine and Lionel Felix filed their class action complaint on December 18, 2014.  As discussed with the Court at the conference held on February 17, 2015, the parties have agreed that Plaintiffs will pursue their claims as plaintiffs or proposed class members in the first-filed related case, captioned *Corona, et al. v. Sony Pictures Entertainment Inc.*, C.D. Cal. Case No. 2:14-cv-09600-RGK-SH, which is also pending before this Court.

Accordingly, Plaintiffs voluntarily dismiss this action without prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.  Plaintiffs have conferred with Defendant and Defendant has agreed that Federal Rule of Civil Procedure 41(d) does not apply under the circumstances of this dismissal.

DATED:   March 2, 2015

**LIEFF CABRASER HEIMANN & BERNTSTEIN LLP**

/s *Michael W. Sobol*
Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
RoseMarie Maliekel (State Bar No. 276036)
rmaliekel@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Attorneys for Plaintiffs*